UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUN 21 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) )  ) |
| v. | ) ) |
| DEBRA LEVY, | ) 4:18CR541 ERW/JMB ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about November 3, 2016, within the Eastern District of Missouri, the defendant,

**DEBRA LEVY,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $762.00 in the form of Social Security Administration disability payments, thereby creating a total overpayment in excess of $250,000.00.

In violation of Title 18, United States Code, Section 641.

1

## COUNT 2

The Grand Jury further charges that:

On or about December 3, 2016, within the Eastern District of Missouri, the defendant,

**DEBRA LEVY,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $762.00 in the form of Social Security Administration disability payments, thereby creating a total overpayment in excess of $250,000.00.

In violation of Title 18, United States Code, Section 641.

## COUNT 3

The Grand Jury charges:

On or about January 3, 2017, within the Eastern District of Missouri, the defendant,

**DEBRA LEVY,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $668.70 in the form of Social Security Administration disability payments, , thereby creating a total overpayment in excess of $250,000.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.


_____
FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____
TRACY LYNN BERRY, #014753TN
Assistant United States Attorney

3